**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, *Plaintiff*, v. U.S. DEPARTMENT OF JUSTICE, *Defendant.* | Case No. 18-cv-376 (RC) |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiff, Democracy Forward Foundation, by counsel, respectfully submits the attached Declaration of Benjamin J. Link as proof that service of process has been effectuated on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the U.S. Department of Justice, in the above-captioned matter.

Dated: March 1, 2018

Respectfully submitted,

/s/ *Skye L. Perryman*
Skye L. Perryman (D.C. Bar No. 984573)
Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H St. NW
Washington, DC  20005
(202) 448-9090
sperryman@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for Plaintiff*