IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY FORWARD FOUNDATION,

    Plaintiff,

    vs.

U.S. DEPARTMENT OF JUSTICE,

    Defendant.

Civil Action No. 18-376 (RC)

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's Minute Order of April 17, 2018, Plaintiff Democracy Forward Foundation and Defendant U.S. Department of Justice ("DOJ") hereby submit for the Court's consideration the following Joint Status Report and Proposed Schedule for further proceedings.

1. In accordance with the Court's Minute Order of April 17, 2018, BOP has completed production of all non-exempt records responsive to Plaintiff's narrowed request; OIP has completed its search for potentially responsive records; and OLC has completed its search for potentially responsive records.

2. JMD has also completed its search for potentially responsive records and is in the process of completing its responsiveness review. OIP is in the process of completing its responsiveness review. OLC has completed its responsiveness review.

3. Since the filing of the prior JSR, the parties have engaged in negotiations to narrow Plaintiff's request. For all DOJ components:

    a. Plaintiff agrees to eliminate records that consist solely of news clippings.

    b. Plaintiff agrees to narrow the request to include only documents related to: the

       August 18, 2016 memorandum related to private prisons authored by then-Deputy Attorney General Sally Yates; the decision by Attorney General Jeff Sessions to rescind the August 18, 2016 memorandum; the termination, renewal, or consideration of contracts related to private prisons; or the future needs of the federal correctional system.

    c. Plaintiff agrees that for non-responsive emails with responsive attachments that are publicly available online, the DOJ component will provide Plaintiff with the link to the publicly available document and will not process the non-responsive email and any non-responsive attachments.

    d. Plaintiff agrees that emails and attachments will be treated as separate records, such that if there is a non-responsive email with a responsive attachment, the DOJ component will process only the responsive attachment and will not process the non-responsive email and any non-responsive attachments; similarly, if there is a responsive email with a non-responsive attachment, the DOJ component will process only the responsive email and will not process the non-responsive attachment.

4. In addition to the aforementioned negotiations, the parties have conferred and discussed a schedule for further proceedings. The parties hereby move the Court to enter an order imposing the following proposed production schedule:

    a. OLC will process for production all non-exempt records responsive to the narrowed version of Plaintiff's request by August 15, 2018.

    b. JMD will review for responsiveness and process non-exempt records responsive to the narrowed version of Plaintiff's request on the following

schedule: First production by September 17, 2018; second production by October 17, 2018; third and final production by November 16, 2018.

    c. OIP will review for responsiveness and process non-exempt records responsive to the narrowed version of Plaintiff's request on the following schedule: First production by September 21, 2018; second production by November 2, 2018; third and final production by December 14, 2018.

5. The parties will submit a Joint Status Report on or before January 10, 2019, to provide updated information.

Dated: July 23, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director

*/s/ Ashley A. Cheung*
ASHLEY A. CHEUNG
Trial Attorney (NY Bar No. 5405816)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 616-8267
Email: ashley.cheung@usdoj.gov

*Counsel for Defendant*

Jeffrey B. Dubner (D.C. Bar No. 1013399)
Adam Grogg (N.Y. Bar)*
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
jdubner@democracyforward.org
agrogg@democracyforward.org

*Admitted in New York; practicing under the supervision of members of the D.C. Bar while D.C. Bar application is pending.

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2018, I electronically filed the foregoing Joint Status Report and Proposed Schedule using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: July 23, 2018          */s/ Ashley A. Cheung*

ASHLEY A. CHEUNG
Trial Attorney (NY Bar No. 5405816)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 616-8267
Email: ashley.cheung@usdoj.gov

*Counsel for Defendant*